UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR B. VASQUEZ,<br><br>Petitioner,<br><br>v.<br><br>SCOTT FRAUENHEIM,<br><br>Respondents. | No. 2:17-cv-2579 KJN P<br><br>ORDER and FINDINGS AND RECOMMENDATIONS |

    By order filed January 6, 2022, petitioner was ordered to show cause, within thirty days, why this action should not be dismissed. The thirty-day period has now expired, and petitioner has not shown cause or otherwise responded to the court's order.

    IT IS HEREBY ORDERED that the Clerk of Court shall assign a district judge to this case.

    IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the

objections shall be filed and served within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: February 14, 2022

> [signature: Kendall J. Newman]
> KENDALL J. NEWMAN
> UNITED STATES MAGISTRATE JUDGE

/vasq2579.fsc.hab